Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
Amy R. Mellow (SBN 260724)
  amellow@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for James H. Donell, Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>J.T. WALLENBROCK & ASSOCIATES, LARRY TOSHIO OSAKI, VAN Y. ICHINOTSUBO, AND CITADEL CAPITAL MANAGEMENT GROUP, INC.,<br><br>              Defendant. | CASE NO. CV-02-808 R<br><br>**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE**<br><br>Date:    April 26, 2010<br>Time:    10:00 a.m.<br>Crtrm:   8<br><br>Judge MANUEL L. REAL |

TO VAN Y. ICHINOTSUBO:

YOU ARE HEREBY ORDERED to appear on April 26, 2010 at 10:00 AM in Courtroom 8 of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, then and there to show cause, if any, why the accompanying Proposed Order Granting Ex Parte Application should not be entered.

The basis for this Order is set forth in the Ex parte Application of James H. Donell, Receiver, For Order To Show Cause Why Order For Sale of Dwelling Should Note Be Made; Memorandum of Points and Authorities; Declarations of Peter A. Davidson, James H. Donell and Paul Marinkovich ("Application"), which is on file with this Court.

1  IT IS FURTHER ORDERED that a copy of this Order To Show Cause Why Order For
2  Sale of Dwelling Should Note Be Made and the Application be personally served on Defendant no
3  later than April 14, 2010.
4  IT IS FURTHER ORDERED that any opposition to this Order To Show Cause Why Order
5  For Sale of Dwelling Should Not Be Made shall be filed with this Court and served on Plaintiff no
6  later than April 19, 2010.
7  IT IS FURTHER ORDERED that replies to any and all opposition to this Order To Show
8  Cause Why Order For Sale of Dwelling Should Not Be Made shall be filed with the Court and
9  served on the Defendant no later than April 22, 2010.

DATED: April 5, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE